

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00221-CV

Aaron **MULVEY**,
Appellant

v.

**GRAYSON PONTIAC, INC.**,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI26931
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. In accordance with the parties' agreement, we ORDER costs of the appeal taxed against the party incurring them. *See id.* R. 42.1(d).

SIGNED October 16, 2024.

_____
Luz Elena D. Chapa, Justice